**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Sheryl L. Loesch　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mark Middlebrook
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tampa Division Manager

**DATE:** March 20, 2015

**TO:**　Clerk, U.S. Court of Appeals for the Eleventh Circuit

---

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　CASE NO: 8:11-cr-115-T-30MAP

TODD S. FARHA,
PAUL L. BEHRENS,
WILLIAM L. KALE and
PETER E. CLAY

---

**CERTIFICATE OF READINESS OF RECORD ON APPEAL**
**AND RECORD ON APPEAL**

**U.S.C.A. Case No.: 14-12373-BB**

**TODD S. FARHA, PAUL L. BEHRENS, WILLIAM L. KALE, PETER E. CLAY**

Pursuant to Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

- Complete Record on Appeal:

　　　4　　Presentence Investigation Reports

　　　　　　　　　　　　　　　　　　SHERYL L. LOESCH, CLERK

　　　　　　　　　　　　　　　　　　By:　　s/B.Napier, Deputy Clerk